**Joseph & Norinsberg LLC**

**Fighting for Employee Justice**

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
**jon@norinsberglaw.com**

January 15, 2025

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 1106
New York, NY 10007

        Re:    **Competello v. Doobiez, LLC**
                 **1:24-cv-7861 (LGS)**
                 **Letter Requesting Adjournment Sine Die**

Dear Judge Schofield,

      We represent the Plaintiff, Susan Competello, in the above-referenced Americans with Disabilities Act ("ADA") matter. With the Defendant's consent, we write to inform Your Honor that the parties have reached an agreement in principle. We are currently in the process of finalizing the terms of this agreement and anticipate filing a Stipulation for Voluntary Dismissal within the next two weeks.

      In light of this development, the Plaintiff respectfully requests that Your Honor stay all proceedings sine die, including the scheduled Initial Pretrial Conference set for January 22, 2025, and all related documentary requirements (Dkt. No. 8).

      Thank you for your consideration.

                                              Respectfully submitted,

**JOSEPH & NORINSBERG, LLC**

Sincerely,

Arjeta Albani,  Esq.
*Plaintiff's Attorney*
110 East 59th Street,
Suite 2300
N.Y.,  N.Y. 10022
(212) 227-5700
Fax No. (212) 656-1889
arjeta@employeejustice.com
jon@norinsberglaw.com
bennitta@employeejustice.com

 c.c.
Steve Pemberton, Esq.
s.pemberton@vicentellp.com
*Attorney For Defendant*